_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:

   SUSAN DIANNE CARLISLE
   207 E. Front St, #402
   Hattiesburg, MS  39401

CHAPTER 13 PROCEEDING:
23-50835 KMS

SSN:  XXX-XX-2412

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

   MS DEPT OF CHILD PROTECTIVE SERVICES
   ATTN:  PAYROLL/ HR - SAMMIE BOULLARD
   1604 WEST PINE STREET
   HATTIESBURG, MS  39401

was required to pay debtor's earnings or a portion thereof to:

   DAVID RAWLINGS, TRUSTEE
   LOCK P.O. BOX 871
   HATTIESBURG, MS  39403
   (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net