## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    **Susan Dianne Carlisle, Debtor**          **Case No. 23-50835-KMS**
**Chapter 13**

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G.  No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H.  I have made all payments required by my confirmed Chapter 13 plan.

2.  Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:   **/s/ Susan Dianne Carlisle**                                             **07/15/2026**
Susan Dianne Carlisle                                                       Date

**/s/ Thomas C. Rollins, Jr.**                                             **07/16/2026**
Thomas C. Rollins, Jr., MS Bar No. 103469                   Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3.  Mailing address for filing responses:

Jackson Office:                                             Gulfport Divisional Office:
Danny L. Miller, Clerk                                 Danny L. Miller, Clerk
United States Bankruptcy Court                 United States Bankruptcy Court
Thad Cochran US Courthouse                     Dan M. Russell, Jr. U.S. Courthouse
501 E Court St, Ste 2.300                           2012 15th St, Suite 244
Jackson, MS 39201                                     Gulfport, MS 39501

**CERTIFICATE OF SERVICE**

On July 16, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

SUSAN DIANNE CARLISLE

CASE NO: 23-50835-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 7/16/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/16/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

SUSAN DIANNE CARLISLE

CASE NO: 23-50835-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 7/16/2026, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/16/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-50835-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
THU JUL 16 11-50-2 PST 2026

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY   UT 84130-0285

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY   OK 73118-7901

CAPITALONE
PO BOX 31293
SALT LAKE CITY   UT 84131-0293

COMENITY BANK
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS  OH 43218-2125

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS   NV 89193-8873

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY  OH  43054-3025

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY  OH 43054-3025

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

MIDLAND FUNDING
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO  CA 92193-9069

NORDSTROM  INC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

NORDSTROM FSB
ATTN BANKRUPTCY
PO BOX 6555
ENGLEWOOD  CO 80155-6555

NORDSTROM  INC
JEFFERSON CAPITAL SYSTEMS  LLC ASSIGNEE
PO BOX 7999
ST CLOUD  MN 56302-7999

PAYPAL
PO BOX 105658
ATLANTA  GA 30348-5658

(P)PENN CREDIT CORPORATION
PO BOX 69703
HARRISBURG PA 17106-9703

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

QUANTUM3 GROUP LLC AS AGENT FOR
CREDIT CORP SOLUTIONS INC
PO BOX 788
KIRKLAND  WA  98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
MOMA TRUST LLC
PO BOX 788
KIRKLAND  WA  98083-0788

EXCLUDE

RESURGENT CAPITAL
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE  SC 29603-0497

THE BANK OF MISSOUI
216 W 2ND ST
DIXON  MO 65459-8048

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

EXCLUDE

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

DEBTOR

SUSAN DIANNE CARLISLE
207 E FRONT ST
402
HATTIESBURG MS 39401-3424

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767